**NOT FOR CITATION**

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| RICHARD J. CRANE, | No. C 06-06910 JF (PR) |
| Plaintiff, | ORDER DENYING MOTION FOR RECONSIDERATION |
| vs. | |
| S. HATTON, et al., | |
| Defendants. | (Docket No. 85) |

On September 23, 2009, the Court dismissed this action without prejudice pursuant to 28 U.S.C. § 1915(g). Plaintiff filed a motion for relief, citing generally Federal Rule of Civil Procedure 60. (Docket No. 85.) Plaintiff asserts that the entire $350.00 filing fee was paid and that the action was dismissed in error. However, Plaintiff paid only $100.00 of the filing fee. (See Docket No. 82.) In the interest of justice, the Court directed Plaintiff to provide proof that the remaining $250.00 was paid prior to judgment being entered so that the Court could consider reopening this action. (See Docket No. 92.)

On November 23, 2009, Plaintiff filed a notice wherein he states that another inmate had attempted to send the remaining $250.00, but admits that the money was never mailed to the Court. (Id. at 2.) Accordingly, the motion for reconsideration is DENIED.

IT IS SO ORDERED.

DATED: 12/3/09

JEREMY FOGEL
United States District Judge

Order Denying Motion for Recon.
P:\PRO-SE\SJ.JF\CR.06\Crane910_deny-recon.wpd

1

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

RICHARD J CRANE,

        Plaintiff,

  v.

S. HATTON, et al.,

        Defendants.

Case Number: CV06-06910 JF

**CERTIFICATE OF SERVICE**

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on  12/21/09 , I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Richard J. Crane C-44519
High Desert State Prison
P.O. Box 3030
Fac. "B" Bldg. #4, Cell #136
Susanville, CA 96127-3030

Dated:  12/21/09

                                                Richard W. Wieking, Clerk